# EXHIBIT "A"

From: **Joseph Espinosa** espinosa@intellwest.com
Subject: Attn: Peter Cooper - RE: Guo, Hui (address)
Date: May 11, 2015 at 1:29 PM
To: Peter Cooper (Cilenti & Cooper, PLLC) PCooper@JCPCLAW.com



Hi Peter,

The address on file with the Citibank bank account for Hui Ying Guo is as follows:

217 Madison St., #13
New York, NY 10002

--

Joe Espinosa
**Intelligence West - CA P.I. Lic #17342 / C.A.L.I. Member**
www.intellwest.com - Palm Springs, CA
espinosa@IntellWest.com / jespinosa@dc.rr.com
Tel (760) 325-7145 / Fax (760) 416-6491