

# Notice and Acknowledgement of Pay Rate and Payday/薪資及發薪日通知
## Under Section 195.1 of the New York State Labor Law /紐約州勞工法第195.1條款
### Notice for Prevailing Rate and Other Jobs/行業工資員工的通知



**1. Employer Information/ 雇主資料**

Name/名字:
New Ichiro Sushi, Inc.

Doing Business As (DBA) name(s) /招牌名:
New Ichiro Sushi

FEIN(optional)聯邦報稅號 (可選擇的):
| 4 | 6 | 2 | 9 | 9 | 9 | 1 | 0 | 2 |

Physical Address/公司所在地址:
1694 2nd Avenue
New York, NY 10128

Mailing Address/郵政地址:
The same as the above

Phone/電話 (212) 369-6300

**2. Notice given/給予員工的通知:**
☒ At hiring/雇用時
☐ On or before February 1/二月一號或之前
☐ Before a change in pay rate(s), allowances claimed or payday/ 在薪資, 發薪日, 或津貼變更之前

**3. Regular payday/正常發薪日:**
Sunday

**4. Prevailing Rate Jobs Pay Rate(s)/ 行業工資的薪資標準:** Your rate of pay will be the posted rate for the occupation(s)./你的工資是根據不同行業所張貼的標準.

Occupation/職業: Delivery

**5. Prevailing Rate Jobs Overtime Pay Rate/行業工資的加班費標準:** Your overtime rate(s) are payable after 8 hours in a day and after 5 days in a week or as noted in the applicable prevailing wage schedule. Overtime rates will be those posted for the occupation./在你一天工作8小時, 一周工作5天(或根據此行業所註明的時間表)之後, 則有權享有加班費. 此標準則根據各不同職業而定.

**6. Non-Prevailing Rate Jobs Pay Rate/非行業工資的薪資標準:**
$ 5.00   per hour/每小時.

**7. Non-Prevailing Rate Jobs Overtime Pay Rate/非行業工資的加班費標準:**
$ 7.50   per hour/每小時.

**8. Overtime for Prevailing Rate and Non-Prevailing Rate Jobs in the Same Week/同一周內行業工資及非行業工資的加班費標準.** For most employees in NYS, the overtime rate will be 1½ times the regular pay rate for the work you are performing for hours over 40 in a workweek. Any overtime premium earned on a prevailing rate job during the same week can be credited toward non-prevailing rate overtime pay./大多數紐約州員工此標準是根據此項工作正常薪資的1.5倍. 行業工資所賺取的加班費可在同一周內加到非行業工資裏.

**9. Allowances taken/所取津貼:**
☐ None/無
☒ Tips/小費 2.25 per hour/每小時
☒ Meals/餐飲 2.50 per meal/每餐
☐ Lodging/住宿
☐ Other/其他

**10. Pay is/發薪頻率:**
☐ Weekly/每週
☒ Bi-weekly/每二週
☐ Other/其他:

**11. Employee Acknowledgement/員工認知:**
On this date, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday in English and my primary language. I told my employer that my primary language is Chinese./此日我 收到薪資, 加班費, 發薪日, 以及津貼的中英通知. 我已告訴雇主我的母語是中文.

Jianhui Wu
_____
Print Employee Name/請正楷書寫簽員工姓名

Jian Wu (signature)
_____
Employee Signature/員工簽名

10/01/2014
_____
Date/日期

Juhang Wang, President
Preparer Name and Title/填表人名字及頭銜

The employee must receive a signed copy of this form. The employer must keep the original for 6 years./員工必須收到此簽名表格的複印本. 雇主並須保存此表格正本6年.

LS 58C (03/11)

D00002



# Notice and Acknowledgement of Pay Rate and Payday/薪資及發薪日通知
## Under Section 195.1 of the New York State Labor Law / 紐約州勞工法第195.1條款
### Notice for Prevailing Rate and Other Jobs/行業工資員工資/行業工資員工的通知



**1. Employer Information/ 雇主資料**

Name/名字:
New Ichiro Sushi, Inc.

Doing Business As (DBA) name(s) /招牌名:
New Ichiro Sushi

FEIN(optional)聯邦報稅號 (可選擇的):
| 4 | 6 | 2 | 9 | 9 | 9 | 1 | 0 | 2 |

Physical Address/公司所在地址:
1694 2nd Avenue
New York, NY 10128

Mailing Address/郵政地址:
The same as the above

Phone/電話 (212) 369-6300

**2. Notice given/給予員工的通知:**
☒ At hiring/雇用時
☐ On or before February 1/ 二月一號或之前
☐ Before a change in pay rate(s), allowances claimed or payday/ 在薪資, 發薪日, 或津貼變更之前

**3. Regular payday/正常發薪日:**
Sunday

**4. Prevailing Rate Jobs Pay Rate(s)/ 行業工資的薪資標準:** Your rate of pay will be the posted rate for the occupation(s)./你的工資是根據不同行業所張貼的標準.
Occupation/職業: Delivery

**5. Prevailing Rate Jobs Overtime Pay Rate/行業工資的加班費標準:** Your overtime rate(s) are payable after 8 hours in a day and after 5 days in a week or as noted in the applicable prevailing wage schedule. Overtime rates will be those posted for the occupation./在你一天工作8小時, 一周工作5天(或根據此行業所註明的時間表)之後, 則有權享有加班費. 此標準則根據各不同職業而定.

**6. Non-Prevailing Rate Jobs Pay Rate/非行業工資的薪資標準:**
$ 5.00 per hour/每小時.

**7. Non-Prevailing Rate Jobs Overtime Pay Rate/非行業工資的加班費標準:**
$ 7.50 per hour/每小時.

**8. Overtime for Prevailing Rate and Non-Prevailing Rate Jobs in the Same Week/同一周內行業工資及非行業工資的加班費標準:** For most employees in NYS, the overtime rate will be 1½ times the regular pay rate for the work you are performing for hours over 40 in a workweek. Any overtime premium earned on a prevailing rate job during the same week can be credited toward non-prevailing rate overtime pay./大多數紐約州員工此標準是根據此項工作正常薪資的1.5倍. 行業工資所賺取的加班費可在同一周內加到非行業工資裏.

**9. Allowances taken/所取津貼:**
☐ None/無
☒ Tips/小費 2.25 per hour/每小時
☒ Meals/餐飲 2.50 per meal/每餐
☐ Lodging/住宿
☐ Other /其他

**10. Pay is/發薪頻率:**
☐ Weekly/每週
☒ Bi-weekly/每二週
☐ Other/其他:

**11. Employee Acknowledgement/員工認知:** On this date, I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday in English and my primary language. I told my employer that my primary language is Chinese./此日我 收到薪資, 加班費, 發薪日, 以及津貼的中英通知. 我已告訴雇主我的母語是中文.

Kai N. Zhao
Print Employee Name/請正楷書寫員工姓名

Kai Zhao
Employee Signature/員工簽名

10/01/2014
Date/日期

Juhang Wang, President
Preparer Name and Title/填表人名字及頭銜

The employee must receive a signed copy of this form. The employer must keep the original for 6 years./員工必須收到此簽名表格的複印本. 雇主並須保存此表格正本 6 年.

LS 58C (03/11)

D00007